**Order entered July 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00808-CV

## CHRIS MASSENBURG AND JONATHAN LAWTON, Appellants

## V.

## LAKE POINT ADVISORY GROUP, LLC, ET AL., Appellees

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-0935**

## ORDER

Before the Court is the July 25, 2019 motion of appellant Chris Massenburg for leave to file a joint brief with appellant Jonathan Lawton. We **DENY** the motion without prejudice to filing a motion indicating that appellant Jonathan Lawton agrees to the filing of a joint brief.

/s/    KEN MOLBERG
          JUSTICE